Case 2:24-mj-05401-DUTY   Document 6   Filed 09/05/24   Page 1 of 2   Page ID #:11



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELMER ULISIS PORTILLO-MEJIA,<br><br>Defendant. | NO. 2:24-mj-05401-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of 18 U.S.C. § 3146; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer evidence to meet his burden on this issue and his history of failures to appear and absconding;

1

and

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer evidence to meet his burden on this issue and criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 5, 2024

_____
KAREN L. STEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE